United States District Court
District of Massachusetts

| | |
|---|---|
| John Doe, )<br> )<br>       Plaintiff, )<br> )<br>       v. )<br> )<br>Lyons, et al. )<br> )<br>       Defendants. ) | Civil Action No.<br>23-10894-NMG |

**ORDER**

**GORTON, J.**

On September 21, 2023, this Court instructed the parties to file a report on the status of Mr. Doe's pending appeals of custody that are before the Board of Immigration Appeals ("BIA").

On September 27, 2023, the parties informed this Court that Mr. Doe has two pending appeals regarding the denial of a bond hearing before the BIA. Both appeals have been fully briefed since August 11, 2023, and Mr. Doe's motion to consolidate those appeals is pending before the BIA.

To ensure this Court remains informed on the status of those appeals, the parties are instructed to file a status report every 30 days on the status of the pending appeals

before the BIA until resolution.  Accordingly, the parties must file another status report with this Court by Friday, November 3, 2023.

**So ordered.**

/s/ Nathaniel M. Gorton
Nathaniel M. Gorton
United States District Judge

Dated October 4, 2023